UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Swiatkowski, Mark C  )   Case No. 10 B 52378
  )   Judge Pamela S. Hollis
      Date   08/20/12

      Debtor Attorney:

      Jill Rose Quinn
      4825 N Mason Ave, #104-105
      Chicago, IL  60630

Mark C. Swiatkowski
93 S Cedarcrest Drive
Schaumburg, IL  60193-1446    Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** PNC Mortgage Corporation

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 9292 | $ 908.61 | $ 908.61 | $ 908.61 |

Total Amount Paid by Trustee                                   $ 908.61

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____ Through the Chapter 13 Conduit      __X__ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of August, 2012.

| | |
|---|---|
| 08/20/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

**Debtor**
Mark C. Swiatkowski
93 S Cedarcrest Drive
Schaumburg, IL  60193-1446

**US Trustee**
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

**Claim Holder**
 PNC Mortgage Corporation
 Attn Bankruptcy Dept
 3232 Newmark Dr
 Miamisburg, OH  45342

**Debtor Attorney**
Jill Rose Quinn
4825 N Mason Ave, #104-105
Chicago, IL  60630

**Attorney for Claim Holder**
C/O PNC Mortgage Corporation
Attn Bankruptcy Dept
3232 Newmark Dr
Miamisburg, OH  45342